| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry, Chapter 13 Trustee<br>Masako Okuda, Esq. (SBN 247925)<br>1000 Wilshire Boulevard, Suite 870<br>Los Angeles, California 90017<br>Tel: (213) 689-3014<br>Fax: (213) 689-3055<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Nancy Curry, Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LOUIS VAN TAYLOR,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-10355-WB<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION FOR:** **AMENDED**<br>Objection to Proof of Claim 5 filed by Cerastes, LLC (docket No.51)<br><br>(*Specify name of Motion*) |
| | DATE: 03/04/2015<br>TIME: 1:30 pm<br>COURTROOM: 1375<br>PLACE: 255 East Temple Street. Los Angeles, CA |

1. TO (*specify name*): THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; DEBTOR ATTORNEY, AND ALL OTHER INTERESTED PARTIES
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  01/29/2015

Nancy Curry, Chapter 13 Trustee
Printed name of law firm

/s/ Masako Okuda
Signature

Masako Okuda
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　Page 2　　　　**F 9013-1.1.HEARING.NOTICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Nancy Curry, Chapter 13 Trustee -- 1000 Wilshire Blvd, Suite 870, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) Objection to Proof of Claim 5 filed by Cerastes, LLC (docket No.51)
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/29/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 01/29/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/29/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Julia W. Brand    U.S. Bankruptcy Court 255 E. Temple St, Suite 1382 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/29/2015 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                           **F 9013-1.1.HEARING.NOTICE**

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Nancy K Curry (TR) ecfnc@trustee13.com
Leslie M Klott bankruptcy@zievelaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Matthew D Resnik matt@srhlawfirm.com, mattecf@gmail.com, renee@srhlawfirm.com
Jennifer H Wang jwang@cookseylaw.com, jodom@cookseylaw.com


**SERVED BY UNITED STATES MAIL**:

**Debtor**
Louis Van Taylor
535 E Poppyfields Dr.
Altadena, CA 91001

**Creditor**
Cerastes, LLC
c/o Weinstein, Pinson and Riley, PS
2001 Western Ave, Ste 400
Seattle, WA 98121